Misc 07-31 S LDA

BEFORE THE JUDICIAL PANEL
ON MULTI DISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH )
LITIGATION ) MDL No. 1842

U.S. District Court District of Rhode Island

**REVISED SCHEDULE OF RELATED ACTIONS**

Below are the fourteen related actions on the Motion for transfer, coordination, and consolidation pursuant to 28 U.S.C. § 1407. Each action is identified by case name and number, judicial district, captioned parties, and judge presiding:

Carter v. Davol, Case No. 4:06 CV 01012 JLH
U.S. District Court, Eastern District of Arkansas
Plaintiffs: Carolene Jean Carter
Defendants: Davol, Inc.; C.R. Bard, Inc.; and John Does I-V
Judge: J. Leon Holmes

Wilson v. Davol, Case No. 3:06 CV 0541/MCR/EMT
U.S. District Court, Northern District of Florida
Plaintiffs: Jane R. Wilson
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: M. Casey Rodgers

Campbell v. Davol, Case No. 5:06 CV 05154
U.S. District Court, Western District of Arkansas
Plaintiffs: Mary Jane Campbell
Defendants: Davol, Inc.; C.R. Bard, Inc.; WCO Products Corp.,;
and John Does II-V
Surgical Sense, Inc.
Judge: Jimm Larry Jendren

Gleber v. C.R. Bard, Case No. 2:06 CV 05837
U.S. District Court, Eastern District of Louisiana
Plaintiffs: Faye Gleber
Defendants: C.R. Bard, Inc.; Bard Access Systems, Inc.
Judge: Lance M. Africk

Von Essen v. C.R. Bard, Case No. 2:06 CV 04786
U.S. District Court, District of New Jersey
Plaintiffs: Jenine Von Essen
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Susan D. Wiginton

Edgar v. Davol, Case No. 4:06 CV 01471
U.S. District Court, Eastern District of Missouri
Plaintiffs: Timothy J. Edgar
Defendants: Davol, Inc.
Judge: Stephen N. Limbaugh

Poston v. Davol, Case No. 2:07 CV 0032
U.S. District Court, Eastern District of California
Plaintiffs: Daniel Poston, Darline Poston
Defendants: Davol, Inc.
Judge: Frank C. Damrell, Jr.

Mathein v. C.R. Bard, Case No. 2:07 CV 02031
U.S. District Court, Central District of Illinois
Plaintiffs: James Daniel Mathein
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Michael P. McCluskey

Montiel v. Davol, Inc., Case No. 07-064
U.S. District Court, District of Rhode Island
Plaintiffs: Sonia Montiel, Carol Nunes-McNamara
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Mary M. Lisi

Sayler v. Davol, Case No. 1:07 CV 0765-LW
U.S. District Court, Northern District of Ohio
Plaintiffs: Richard H. Sayler, Lucinda J. Sayler
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Lesley Wells

Luffman v. C.R. Bard, 3:07 CV 0243
U.S. District Court, Middle District of Tennessee

Plaintiffs: George A. Luffman
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Willam J. Haynes

Hyland v. Davol, 2:07 CV 01054-ETB
U.S. District Court, Eastern District of New York
Plaintiffs: Thomas D. Hyland, Mary Jean Hyland
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Joanna Seybert (E. Thomas Boyle, referral)

Katechis v. Davol, 1:07 CV 02098-BSJ
U.S. District Court, Southern District of New York
Plaintiffs: Sophia Katechis, Nicholas Katechis
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge: Barbara S. Jones

Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP
U.S. District Court, Northern District of Alabama
Plaintiffs: Lilyan Kathleen Hall, Alonzo Hall
Defendants: Davol, Inc.; C.R. Bard, Inc.
Judge (Magistrate): T. Michael Putnam

REVISED PROOF OF SERVICE

I hereby certify that a copy of the Motion for transfer, coordination, and consolidation pursuant to 28 U.S.C. § 1407, and a copy of the foregoing Revised Schedule of Related Actions has been served upon (1) all counsel identified on the Involved Counsel List, plus attorneys of record in recently-filed related actions, and (2) the Clerks of Court of the fourteen judicial districts in which the related cases on the Motion are pending, by depositing same in the United States mail, postage prepaid, this 28th day of March, 2007, as follows:

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
Counsel for Plaintiffs: Carolene Jean Carter, et al.,
E.D. Arkansas, C.A. No. 04:06-01012

Cindy L. Hawkins
Attorney at Law
P.O. Box 805
105 Holcomb Street
Springdale. AR 72765-0809
Counsel for Plaintiffs: Mary Jane Campbell et al.,
W.D. Arkansas. C.A. No. 05:06- 05154

Christine Lynn DeSue
Franklin G. Shaw
Leger & Mestayer
600 Carondelet Street. 9th Floor
New Orleans, LA 70130
Counsel for Plaintiffs: Faye Gleber, et al.,
E.D. Louisiana. C.A. 2:06- 05837

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
Counsel for Plaintiffs: Jenine Von Essen, et al.,

D. New Jersey, C.A. No. 2:06-04786

Maurice B. Graham
M. Graham Dobbs
Gray, Ritter & Graham , P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
Counsel for Plaintiffs: Timothy J. Edgar, et al.,
E.D. Missouri. C.A. No. 4:06-01471

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
Counsel for Plaintiffs: Jane R. Wilson, et al.,
N.D. Florida, C.A. No. 3:06-00541

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Counsel for Plaintiffs: Jane R. Wilson, et al.,
N.D. Florida, C.A. No. 3:06-00541

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95S33
Counsel for Plaintiffs: Daniel Poston, Darline Poston. et al.,
E.D. California. C.A. No.2 :01-00032

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
Counsel for Plaintiffs: James Daniel Mathein, et al.,
C.D. Illinois. C.A. No. 2:07-02031

Joseph W. Phebus
Phebus & Koester
136 W Main Street
Urbana, IL 61801
Counsel for Plaintiffs: James Daniel Mathein, et al.,
C.D. Illinois, C.A. No. 2:07-02031

Donald A. Migliori
Motley Rice LLC
321 S. Main Street. 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP

1446 National Road
Wheeling, WV 26003
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Counsel for Plaintiffs: Carolene Jean Carter, et al.,
E.D. Arkansas, C.A. No. 04:06-01012

Dana Alan Gausepohl
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
Counsel for Defendants Davol, Inc., C.R. Bard, Inc.,
in multiple related actions

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC - LR
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,
E.D. Arkansas. C A. No. 04:06-01012

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Anderson, LLP
Energy Centre
1100 Poydras Street. Suite 1700
New Orleans. LA 70163-1701
Counsel for Defendants: C.R. Bard. Inc., Bard Access Systems, Inc.,
E.D. Louisiana. C.A. 2:06- 05837

David J. Cooner

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
Counsel for Defendants: C.R. Bard, Inc.. Davol, Inc.,
D. New Jersey, C.A. No. 2:06-04786

Dennie M. Zankel
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
Counsel for Defendant: Davol, Inc.,
E.D. Missouri, C.A. No. 4:06-01471

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street. Suite 800
P0 Box 13010
Pensacola, FL 32591-3010
Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,
N.D. Florida. C.A. No. 3:06-00541

Thomas M. Frieder
Hassard Bonnington, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
Counsel for Defendant: Davol, Inc.,
E.D. California, C.A. No. 2:07-00032

Peter J. Brodhead
Spangenberg, Shibley & Liber
1900 East Ninth Street, Suite 2400
Cleveland OH 44114
Counsel for Plaintiffs: Sayler v. Davol,
Case No. 1:07 CV 0765-LW, U.S. Dist. Ct., N.D. Ohio

Davol, Inc.
100 Sockanosset Crossroad

Cranston RI 02920
Defendant: Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP

C.R. Bard, Inc.
730 Central Avenue
Murray Hill NJ 07974
Defendant: Hall v. Davol, Inc., Case No. 3:07 CV 0480

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
Counsel for Defendants Davol, Inc., C.R. Bard, Inc.,
in multiple related actions

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
For Defendants in Luffman v. Bard

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
For Defendants in Hyland v. Bard, Katechis v. Davol

Andrew John Carboy, Sr.
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
For Plaintiffs in Hyland v. Bard, Katechis v. Davol

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203

For Plaintiff in Luffman v. Bard

William Douglas Martin, LLP
KUTAK ROCK, LLP
214 W. Dickson
Fayetteville AR 72701
Counsel For Defendant WCO Medical Products Corp.
(and for Surgical Sense, Inc.),
Campbell v. Davol, Case No. 5:06 CV 05154

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham AL 35203
Counsel for Plaintiffs in
Hall v. Davol, Inc., Case No. 3:07 CV 0480

Clerk of the Court, U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock AR 72201-3325
Re: Carter v. Davol, Case No. 4:06 CV 01012 JLH

Clerk of the Court, U.S. District Court
Northern District of Florida
1 North Palafox St.
Pensacola FL 32502
Re: Wilson v. Davol, Case No. 3:06 CV 0541/MCR/EMT

Clerk of the Court, U.S. District Court
Western District of Arkansas
P. O. Box 1547
Fort Smith AR 72902-1547
Re: Campbell v. Davol, Case No. 5:06 CV 05154

Clerk of the Court, U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151

New Orleans LA 70130
Re: Gleber v. C.R. Bard, Case No. 2:06 CV 05837

Clerk of the Court, U.S. District Court
District of New Jersey
50 Walnut Street
Newark NJ 07101
Re: Essen v. C.R. Bard, Case No. 2:06 CV 04786

Clerk of the Court, U.S. District Court

Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis MO 63102
Re: Edgar v. Davol, Case No. 4:06 CV 01471

Clerk of the Court, U.S. District Court
Eastern District of California
501 "I" Street
Sacramento CA 95814
Re: Poston v. Davol, Case No. 2:07 CV 0032

Clerk of the Court, U.S. District Court
Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802
Re: Mathein v. C.R. Bard, Case No. 2:07 CV 02031

Clerk of the Court, U.S. District Court
District of Rhode Island
One Exchange Terrace
Providence RI 02903
Re: Montiel v. Davol, Inc., Case No. 07-064

Clerk of the Court, U.S. District Court
Northern District of Ohio
801 West Superior Avenue

Cleveland OH 44113-1830
Re: Sayler v. Davol, Case No. 1:07 CV 0765-LW

Clerk of the Court, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville TN 37203
Re: Luffman v. C.R. Bard, 3:07 CV 0243

Clerk of the Court, U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201
Re: Hyland v. Davol, 2:07 CV 01054-ETB

Clerk of the Court, U.S. District Court
Southern District of New York
500 Pearl Street
New York NY 10007-1312
Re: Katechis v. Davol, 1:07 CV 02098-BSJ

Clerk of the Court, U.S. District Court
Northern District of Alabama
1729 Fifth Avenue North
Birmingham AL 35203
Re: Hall v. Davol, Inc., Case No. 3:07 CV 0480

W. Lewis Garrison, Jr.